DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FOURTH DISTRICT

**LEE M. MANDEL, M.D., EAR, NOSE AND THROAT ASSOCIATES OF SOUTH FLORIDA, P.A.,** and **ENT AND ALLERGY ASSOCIATES OF FLORIDA, P.A.,**
Appellants,

v.

**GARY HINDIN** and **LISA HINDIN,**
Appellees.

No. 4D2025-0609

[May 7, 2026]

Appeal from the Circuit Court for the Seventeenth Judicial Circuit, Broward County; Michele Towbin Singer, Judge; L.T. Case No. 062021CA015647AXXXCE.

David Clark Borucke of Cole, Scott & Kissane, Tampa, for appellants.

Kimberly Lynn Boldt of Ratzan, Weissman & Boldt, Boca Raton, for appellees.

PER CURIAM.

*Affirmed.*

CIKLIN, GERBER and LOTT, JJ., concur.

\*          \*          \*

***Not final until disposition of timely-filed motion for rehearing.***